The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>$109,000 IN UNITED STATES FUNDS, more or less, and all proceeds therefrom, representing funds seized from TD Ameritrade Account Number *****5031,<br><br>    Defendant. | NO. C13-41 RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO STAY CIVIL CASE PENDING DISPOSITION OF RELATED CRIMINAL MATTER |

    The court GRANTS the parties' stipulated motion (Dkt. # 9) to stay this action pending the disposition of a related criminal investigation. The clerk shall STAY this action.

    The Government provides no indication of the subject matter of the related criminal investigation and no information on when it is likely to conclude. The court is reluctant to permit this action to remain stayed indefinitely without more disclosure from the Government.

    Accordingly, the Government shall provide status updates on the criminal investigation beginning on May 15, 2014 and on the 15th day of every second month thereafter. The first status update shall include disclosures about the nature of the criminal investigation, how it impacts this forfeiture proceeding, and counsel's best

1  estimate of when the investigation is likely to conclude.  If necessary, the Government
2  may file its disclosures about the criminal investigation under seal or in camera, but only
3  to the extent necessary to protect the ongoing investigation.
4    Dated this 18th day of April, 2014.

*[Signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Court Judge

ORDER GRANTING STAY OF CIVIL PROCEEDINGS
U.S. v. $109,000 in United States Funds  (C13-41 RAJ) - 2